UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

DENNIS G. WILLIAMS,
        Plaintiff,

V.                          CASE NO.

                                        FILED
                                    WILLIAMSPORT

CHARM-TEX,                           SEP 28 2020
        Defendant.
                            PER_____NR
                                DEPUTY CLERK

COMPLAINT FOR STRICT PRODUCT LIABILITY
    DAMAGES - JURY DEMAND

Plaintiff alleges:

JURISDICTION

1. Plaintiff Dennis G. Williams, Reg. No. 28805-018, is a prisoner incarcerated at U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA, 17837, and is hereby considered a citizen of the state of Pennsylvania.

2. Defendant Charm-Tex is a corporation organized under the laws of the state of New York, with its principal place of business at 1618 Coney Island Ave., Brooklyn, NY 11230.

3. This Court has jurisdiction of this action under 28 U.S.C. §1332 because:

 a. There is complete diversity of citizenship between all plaintiffs and all defendants, and

 b. There is more than $75,000.00 in controversy in this action, exclusive of interest and costs.

CLAIM FOR RELIEF

4. Prior to June 28, 2020, the defendant manufactured, distributed and placed on the market for correctional institutions, a Black, Velcro, Rubber soled shoe, Serial No. F/ClearbK, Size 12, used by inmates of U.S.P. Lewisburg, such as plaintiff, as standard issue prison uniform shoe.

5. Defendant knew that this product, which was made in China, would be used without inspection for defects, and by placing it on the market represented that it would safely perform the uses for which it was intended.

6. The product was unreasonably dangerous, defective, and was unsafe for its intended use. In particular, this product contained the following defects:

(2)

DEFECTIVE DESIGN AND FAILURE TO WARN

Charm-Tex designed and distributed a shoe that is defective in that it;
(1) has no shoe insoles for arch supports;
(2) does not absorb shock from the concrete floor; and
(3) contains sole material that falls apart during normal wear.

Charm-Tex failed to warn that its product
(a) may not be suitable for people with ailments, such as diabetes, fallen arches, high blood pressure, water retention, etc.,
(b) may need arch supports,
(c) may not be suitable for certain activities during normal wear,
(d) may not be suitable for people who need wider or special size widths,
(e) sole may come apart without warning from normal wear, and
(f) may not be suitable for prolonged use for those with lower back problems and diabetes.

7. The plaintiff was unaware of any of these defects in the product, and reasonably believed that the product

(3)

was safe for its intended use.

8. On June 28, 2020, the Plaintiff, who is 60 years old and suffers with high blood pressure, water retention, lower back pain and diabetes, while using the product for the purpose and in the manner in which it was intended to be used, was injured when he was descending down a flight of stairs in D-Block going from the 2nd floor to the first floor.

While descending down the stairs, the sole of the right shoe gripped the tread of the stair and came apart at the toe of the shoe causing plaintiff to fall down the stairs. Plaintiff severely injured his right knee during the fall and could not walk. On July 21, 2020, an MRI was conducted of Plaintiff's right knee. The MRI showed the following:

1. Full thickness tear of the distal quadriceps tendon with prominent adjacent hematoma and a gap measuring 1.8 cm. A few abnormal fibers remain attached to the patella.

2. Full thickness tear of the medial patellofemoral ligament, which demonstrates significant edema

(4)

and amorphus appearance.
3. Prominent soft tissue edema, especially anteriorly.

On September 10, 2020, Plaintiff underwent surgery at UPMC-Muncey to repair the damage listed above. Plaintiff is currently confined to a wheelchair and fitted with a mobility cast from right hip to right ankle. Plaintiff has been informed that he will be in this cast for approximately 12 weeks for healing. After healing, physical therapy will be required.

It is noteworthy at this juncture to state that this defective product was issued to Plaintiff on or about April 23, 2020.

9. The defects in the defendant's product, mainly the right shoe, was the direct and proximate cause of this occurrence.

It is additionally noteworthy to state on August 11, 2020, Plaintiff requested via the Freedom of Information Act from the Federal Bureau of Prisons, the following:

(5)

For the period of June 28, 2020 to July 28, 2020:
1. All medical records regarding Plaintiff
2. All incident reports mentioning Plaintiff
3. All internal records or investigations referencing Plaintiff, and
4. The specific date of June 28, 2020 between 10:00 a.m. and 11:45 a.m., all video recordings of or about Plaintiff taken at U.S.P. Lewisburg, D-Block stairway between 1st and 2nd Floor, and East Corridor.

FOIA/PA Request Number: 2020-06087
Processing Office: NER

10. Plaintiff contends that the shoes, mainly the right shoe, did not perform as expected, and the flaws and defects, were the exact cause of Plaintiff's pain and suffering. Also, Charm-Tex's failure to warn, was the exact cause of Plaintiff's pain and suffering.
11. As a result of these injuries, Plaintiff has incurred the following damages and losses:
   a) Pain and suffering  $75,000.00
   b) Emotional Distress  $15,000.00
   (c) Loss of Earning  $   727.32

(6)

(d) Loss of Future Earnings  $ 5,818.56
(e) Punitive Damages         $ 75,000.00

DEMAND FOR JURY

11. Plaintiff demands trial by jury of any and all issues triable by jury.

PRAYER

Plaintiff Requests judgment:

A. For damages in the amount of $ 171,545.88
B. Prejudgment and post judgment interest as allowed by law.
C. Costs of suit.
D. Other relief that the Court considers appropriate.

OATH

I declare under the penalty of perjury that the facts contained in this complaint are true and correct. 28 U.S.C. § 1746.

Executed this 24th day of September, 2020.

Respectfully submitted
Dennis G. Williams

(7)

Reg. No. 28805-018
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

(8)

Inmate Name: _Dennis_ _____
Register Number: _33805-018_
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

☒ 5 SEP 2020

C.K.
9-24-20



HARRISBURG P&DC 171

FRI 25 SEP 2020  AM

Clerk, U.S. District Court
Middle District of Pennsylvania
240 West Third Street, Ste. 218
Williamsport, PA  17701-6412

Legal
Mail